No. 93–404.  GUSTAFSON ET AL. *v.* ALLOYD CO., INC., FKA ALLOYD HOLDINGS, INC., ET AL.  C. A. 7th Cir.  Motion of petitioners to consolidate this petition with No. 93–201, *Allen & Co., Inc.* v. *Pacific Dunlop Holdings Inc.* [certiorari granted, *ante*, p. 1083], denied.

No. 93–696.  SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* OHIO STATE UNIVERSITY, DBA OHIO STATE HOSPITALS.  C. A. 6th Cir.  Motion of respondent to expedite consideration of petition for writ of certiorari denied.

No. 93–1151.  FEDERAL ELECTION COMMISSION *v.* NRA POLITICAL VICTORY FUND ET AL.  C. A. D. C. Cir.  Motion of petitioner to expedite consideration of petition for writ of certiorari denied.  JUSTICE GINSBURG took no part in the consideration or decision of this motion.

No. 93–6498.  IN RE ANDERSON.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1023] denied.

No. 93–6781.  IN RE NEWTOP; and
No. 93–6782.  IN RE NEWTOP.  Motions of petitioner for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8.  Petitioner is allowed until February 14, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 93–7286.  IN RE ZILS.  Petition for writ of habeas corpus denied.

No. 93–6888.  IN RE WARD.  Petition for writ of mandamus denied.

No. 92–1102.  GRAF *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 92–1519.  COSNER *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 92–1637.  IBARRA, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* DUC VAN LE.  Sup. Ct. Colo.  Certiorari denied.